**Order entered March 27, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00045-CV

### CITY OF DALLAS, Appellant

### V.

### ROSA RODRIGUEZ, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14889**

## ORDER

Appellant's motion to correct memorandum opinion and judgment is **GRANTED**.

/s/    DAVID L. BRIDGES
        JUSTICE